UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER C JOHNSON,

           Plaintiff,

   v.

EQUIFAX INC,

           Defendant.

CASE NO. 3:23-CV-05441-BHS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff Christopher C. Johnson has filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 1. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Because Plaintiff does not appear to have funds available to afford the $402.00 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Court notes, however, that this case may be appropriate for consolidation with Mr. Johnson's previously filed cases.

(2) The Clerk of the Court is directed to send a copy of this Order to Plaintiff's counsel and to the Honorable Benjamin H. Settle.

Dated this 18th day of May, 2023.

David W. Christel
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1